**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Wells Talbot Watson
Bagget, McCall , Burgess
P. O. Drawer 7820
Lake Charles LA 70606-7820

Roger G. Burgess
Baggett, McCall & Burgess
3006 Country Club Road
Lake Charles LA 70605

Michael H. Schwartzberg
Vamvoras & Schwartzberg
1111 Ryan St.
Lake Charles LA 70601

Glen D. Vamvoras
Vamvoras, Schwartzberg & Hinch
1111 Ryan St.
Lake Charles LA 70601

Perry R. Sanders, Jr.
Sanders Law Firm
400 Broad Street
Lake Charles LA 70601

**REHEARING ACTION: October 5, 2016**

**Docket Number: 16   00308-CW consolidated with 311-CW & 312-CW & 313-CW & 314-CW & 315-CW & 316-CW & 318-CW & 319-CW & 321-CW & 322-CW & 324-CW**

**ANAND ROY, ET AL.**
**VERSUS**
**EAGLE US 2 LLC, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2014-5114**

**BEFORE JUDGES:**

> **Hon. James T. Genovese**
> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Anand Roy, et al** has this day been

> **DENIED.**

cc: Lexi T. Holinga, Counsel for the Applicant
     David Mark Bienvenu, Jr., Counsel for the Applicant
     Phillip Edward Foco, Counsel for the Applicant
     John Allain Viator, Counsel for the Applicant
     Anthony J. Lascaro, Counsel for the Applicant
     Luis Arturo Leitzelar, Counsel for the Applicant
     Benjamin Joseph Guilbeau, Counsel for the Applicant
     Marcelynn Hartman, Counsel for the Applicant
     F. Charles Marionneaux, Counsel for the Applicant